In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00535-CR
_____

**GUILLERMO BARRIGA FLORES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Montgomery County, Texas**
**Trial Cause No. 14-301795**

**MEMORANDUM OPINION**

On November 7, 2014, the trial court sentenced Guillermo Barriga Flores on

a conviction for possession of marijuana. Flores filed a notice of appeal on

December 5, 2014. The trial court signed a certification in which the court certified

that this is a plea-bargain case, and the defendant has no right of appeal. *See* Tex.

R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certification

to the Court of Appeals. On December 9, 2014, we notified the parties that we

would dismiss the appeal unless the appellant established grounds for continuing

1

the appeal. On January 9, 2015, the trial court denied the appellant's request for permission to appeal. Because the trial court's certification shows the defendant does not have the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

      APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on January 20, 2015
Opinion Delivered January 21, 2015
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.